# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| QUI SHI FAN,<br><br>　　Plaintiff(s),<br><br>v.<br><br>TRAVELERS HOME AND MARINE INSURANCE COMPANY,<br><br>　　Defendant(s). | Case No.: 2:19-cv-01143-APG-NJK<br><br>**Order**<br><br>(Docket No. 12) |

Pending before the Court the parties' proposed discovery plan. Docket No. 12. The parties failed to comply with Local Rule 26-1; specifically, the parties failed to certify that they met and conferred about the possibility of using alternative dispute-resolution processes and considered consent to trial by a magistrate judge. LR 26-1(b)(6)-(7). Accordingly, the parties' proposed discovery plan, Docket No. 12, is **DENIED** without prejudice. The parties must file a renewed joint proposed discovery plan no later than August 20, 2019.

IT IS SO ORDERED.

Dated: August 16, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge