# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| QIU SHI FAN, | Case No.: 2:19-cv-01143-APG-NJK |
| Plaintiff | **Order for Status Regarding Mediation** |
| v. | |
| TRAVELERS HOME AND MARINE INSURANCE COMPANY, | |
| Defendant | |

In October 2019, the parties informed the court that they had scheduled a mediation for January 24, 2020. ECF No. 21.  The parties have not since updated the court on the status of that mediation.

I THEREFORE ORDER the parties to file a status report regarding the mediation by March 6, 2020.

DATED this 24th day of February, 2020.


ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE